JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSE DE LA TORRE

    Plaintiff,

v.

USA WASTE OF CALIFORNIA, INC., et al

    Defendants.

Case No. 2:21-cv-00031-SVW-MAA
Hon. Stephen V. Wilson

**ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii) [15]**

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff JOSE DE LA TORRE ("Plaintiff") and Defendant USA WASTE OF CALIFORNIA, INC., ("Defendant"). The Parties' Stipulation requesting dismissal of this entire action without prejudice shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, without prejudice.

**IT IS SO ORDERED.**

DATED: May 14, 2021

                                      */s/ Stephen V. Wilson*
                                    Hon. Stephen V. Wilson
                                    United States District Judge

4845-8424-0616.1 / 046554-1399